Nicole Owens
Federal Public Defender
Mark Ackley
First Assistant
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Sarah Elizabeth George

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable B. Lynn Winmill

| | |
|---|---|
| United States of America | No. 1:26-cr-00047-BLW |
| Plaintiff | **Unopposed Motion to Continue Trial** |
| v. | |
| Sarah Elizabeth George | |
| Defendant | |

Ms. George respectfully moves to continue her trial readiness conference and trial for no less than 60 days. The conference is scheduled for April 9, 2026 and the trial for April 20, 2026. Ms. George also requests a new deadline for filing pretrial motions.

This motion is based on the declaration below and is unopposed by the government. Should the parties resolve this case prior to any new trial setting, undersigned counsel will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: April 9, 2026

Nicole Owens
Federal Public Defender
By:


/s/ Mark Ackley
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Sarah Elizabeth George

– 2 –

## Declaration of Mark Ackley

I, Mark Ackley, declare:

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. My office has been appointed by the Court to represent Sarah Elizabeth George in this matter and the trial is currently set for April 20, 2026.

3. I am requesting a continuance of at least 60 days.

4. This continuance is necessary because I require additional time to complete an independent defense investigation. I have been unable to adequately prepare for the trial despite exercising diligence, and a continuance is necessary to ensure that Ms. George receives effective assistance of counsel.

5. This is the first request for a continuance. Ms. George understands her rights under the Speedy Trial Act and waives those rights with respect to any continuance granted by this Court in response to this motion.  Ms. George also understands that any continuance will constitute excludable time under the Speedy Trial Act.

6. To date, the government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order.

7. I certify that this motion is brought in good faith and not for any purpose of improper delay.

8.     Government counsel has no objection to this request.

I declare under penalty of perjury that the above information is true and correct.

Dated: April 9, 2026                    Nicole Owens
                                        Federal Public Defender
                                        By:


                                        /s/ Mark Ackley
                                        Mark Ackley
                                        First Assistant
                                        Federal Defender Services of Idaho
                                        Attorneys for Sarah Elizabeth George

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

David G. Robins, Assistant U.S. Attorney
Francis Zebari, Assistant U.S. Attorney

Dated: April 9, 2026                    /s/ Sybil Davis
                                        Sybil Davis