Nicole Owens
Federal Public Defender
Mark Ackley
First Assistant
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Sarah Elizabeth George

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable B. Lynn Winmill

| | |
|---|---|
| United States of America | No. 1:26-cr-00047-BLW |
| Plaintiff | **Unopposed Motion to Continue Trial** |
| v. | |
| Sarah Elizabeth George | |
| Defendant | |

Ms. George respectfully moves to continue her trial readiness conference and trial for no less than 120 days. The conference is scheduled for July 2, 2026, and the trial for July 13, 2026. Ms. George also requests a new deadline for filing pretrial motions.

This motion is based on the declaration below and is unopposed by the government. Should the parties resolve this case prior to any new trial setting, undersigned counsel will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: July 2, 2026

Nicole Owens
Federal Public Defender
By:


/s/ Mark Ackley
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Sarah Elizabeth George

– 2 –

## Declaration of Mark Ackley

I, Mark Ackley, declare:

1.      I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2.      My office has been appointed by the Court to represent Sarah Elizabeth George in this matter and the trial is currently set for July 13, 2026.

3.      I am requesting a continuance of at least 120 days.

4.      This continuance is necessary based on the complexity of the case, the seriousness of the charges and potential penalties, as well as the voluminous and ongoing discovery and independent defense investigation. In terms of the complexities, there are factual and legal issues involving various elements of the charged offenses, e.g., whether the alleged conduct created a "substantial risk of injury," as well as elements of potential sentencing enhancements, e.g., whether the offense conduct involved a "federal crime of terrorism." As for the seriousness of the charges and potential penalties, both counts carry statutory mandatory minimum sentences and the government has suggested that the enhancement under U.S.S.G. § 3A1.4 applies – an enhancement that has been described as "draconian" which would increase a base offense level of 24 to 36 and adopt a criminal history category of VI, despite the fact that Ms. George has no criminal history. In terms of the

– 3 –

discovery, the defense has received approximately 36,375 pages of documents in discovery as well as hours of audio and video recordings, and the government has indicated that additional discovery will be forthcoming. And finally, the defense investigation continues, with the potential need for expert assistance on various factual issues.

5.   Ms. George understands her rights under the Speedy Trial Act and waives those rights with respect to any continuance granted by this Court in response to this motion.  Ms. George also understands that any continuance will constitute excludable time under the Speedy Trial Act.

6.   To date, the government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order.

7.   I certify that this motion is brought in good faith and not for any purpose of improper delay.

8.   Government counsel has no objection to this request.

I declare under penalty of perjury that the above information is true and correct.

Dated: July 2, 2026

Nicole Owens
Federal Public Defender
By:


/s/ Mark Ackley
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Sarah Elizabeth George

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

David G. Robins, Assistant U.S. Attorney
Francis Zebari, Assistant U.S. Attorney

Dated: July 2, 2026                    /s/ Sybil Davis
                                       Sybil Davis