UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH ELIZABETH GEORGE,<br><br>Defendant. | Case No. 1:26-cr-00047-BLW<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

Currently before the Court is Defendant's Motion to Continue Trial Readiness Conference and Trial (Dkt. 28). Defense counsel explains a continuance is necessary because of the complexity of the case, the seriousness of the charges and potential penalties, as well as the voluminous and ongoing discovery and independent defense investigation. The Government does not oppose the motion.

The Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." The interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL - 1**

The statements of defense counsel establish that the trial should be reset on **November 2, 2026, at 1:30 p.m.** at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the motion to continue and the new trial date is excludable time under the Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED the Motion to Continue Trial Readiness Conference and Trial (Dkt. 28) shall be, and the same is hereby **GRANTED**; the present trial date be **VACATED**; and a new trial be set for **November 2, 2026, at 1:30 p.m.** in the United States Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED the period of time between the filing of the motion to continue and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED the current trial readiness conference be **VACATED**, and a new trial readiness conference be conducted by telephone on **October 22, 2026, at 4:00 p.m.**. The Government shall place the call to (208) 334-9205 with opposing counsel on the line.

IT IS FURTHER ORDERED all pretrial motions shall be filed on or before **September 25, 2026**.

ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL - 2



DATED: July 6, 2026

_____
B. Lynn Winmill
U.S. District Court Judge